IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEVE D. ROBINSON** **AIS #153410,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO 05-590-KD-B ) |
| **GWENDOLYN MOSLEY,** *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 19th day of February 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**